IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAMUEL ROBERT QUEEN, JR. | * | |
| Petitioner | | |
| v. | * | CIVIL ACTION NO. AMD-07-609 |
| ALBERTO GONZALES, et al. | * | |
| Respondents | | |
| | *** | |

MEMORANDUM

Samuel Robert Queen ("Queen"), an inmate confined at the United States Penitentiary in White Deer, Pennsylvania, filed a packet of papers with the Circuit Court for Baltimore City. For unexplained reasons and without court order, the Circuit Court forwarded the documents to this court. The papers were received on March 7, 2007. They contain nonsensical statements regarding Queen's non-existence/death, request for "voluntary deportation" to the "foreign country [of] Maryland," and renouncement of allegiance.

Queen seemingly wishes to link these statements as a basis for releasing him from his extant criminal conviction and sentence.[1] The allegations do not, however, set out a claim under this court's habeas corpus or federal question jurisdiction. Accordingly, the "claim" shall be dismissed. An Order follows.

Filed: March 22, 2007

/s/_____
Andre M. Davis
United States District Judge

---

[1] Queen attaches documents from *United States v. Queen*, Criminal No. AMD-93-0369 (D. Md.), in which he pleaded guilty to possession of heroin with intent to distribute and is serving a sentence of 360 months in the U.S. Bureau of Prisons. The United States Court of Appeals for the Fourth Circuit affirmed the conviction on appeal. *See United States v. Queen*, 95 F.3d 43 (4th Cir. 1996) (unpublished). A subsequently filed motion to vacate under 28 U.S.C. §2255 was denied on the merits on May 13, 1999. *See United States v. Queen*, Criminal No. AMD-93-0369 at Paper Nos. 213 and 214.